

Entered on Docket
August 15, 2011

*Bruce T. Beesley*

Hon. Bruce T. Beesley
United States Bankruptcy Judge

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, N.A.
11-72280 / xxxxxx5131

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Rebecca E. Cameron and Kenneth J. Cameron

Debtors.

11-51976-btb

Chapter 13

### STIPULATED ORDER TO SURRENDER & VACATE AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, Wells Fargo Bank, N.A. its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 2445 Pileus St , Sparks NV .

1  Pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete

2  possession of the subject property.

3       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

4  withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee

5  of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its

6  secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the

7  foreclosure sale.

8       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the debtor has no desire to

9  maintain or keep the property and has decided to surrender his interest in the property legally described

10  herein.

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that an Order Lifting Stay will

2    remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

3    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any hearings scheduled in

4    the matter are vacated.

5

6    Submitted by:

7    TIFFANY & BOSCO, P.A

8

9    By _____ #10235
    GREGORY L. WILDE, ESQ.

10   Attorney for Secured Creditor
    212 South Jones Boulevard

11   Las Vegas, Nevada 89107

12   **APPROVED/DISAPPROVED**

13   By:  /s/ Sean Patterson  _____

14   Sean Patterson
    Attorney for Debtor(s)

15   **APPROVED/DISAPPROVED**

16
    By:_____

17   William A. Van Meter
    Chapter 13 Trustee

18

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__X__ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          __X__ failed to respond to the document

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor